1  BENJAMIN A. EMMERT, SBN 212157
   bemmert@littler.com
2  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 15th Floor
3  San Jose, California 95113.2303
   Telephone: 408.998.4150
4  Facsimile: 408.288.5686

5  LISA A. SCHRETER, *pro hac vice*
   lschreter@littler.com
6  LITTLER MENDELSON, P.C.
   3344 Peachtree Road NE, Suite 1500
7  Atlanta, GA 30326
   Telephone: 404.233.0330
8  Facsimile: 404.233.2361

9  RICHARD W. BLACK, *pro hac vice*
   rblack@littler.com
10 LITTLER MENDELSON, P.C.
   815 Connecticut Avenue NW, Suite 400
11 Washington, DC 20006
   Telephone: 202.842.3400
12 Facsimile: 202.842.0011

13 Attorneys for Defendants
   HP INC. and HEWLETT PACKARD
14 ENTERPRISE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA J. FORSYTH, SIDNEY L. STATON III, ARUN VATTURI, and DAN WEILAND, for and on behalf of themselves and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC. and HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendants. | Case No. 5:16-CV-04775<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF SIDNEY L. STATON TO ARBITRATION**<br><br>Date: May 25, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila<br>Dept.: Courtroom 4 (5th Floor)<br><br>Complaint Filed: August 8, 2016 |

1         The motions of Defendants HP Inc. ("HPI") and Hewlett Packard Enterprise Company ("HPE") for an Order compelling the claims of Plaintiff Sidney L. Staton to arbitration came on regularly for hearing on May 25, 2017, at 9:00 a.m. in Courtroom 4 (5th Floor) of the above-entitled Court, before the Honorable Edward J. Davila.

        The Court, having read and considered all papers, evidence, and argument submitted in favor of, and in opposition to the motion, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' motion is granted and Plaintiff Sidney L. Staton is ordered to arbitrate his claim that the Release Agreement is unenforceable. Proceedings regarding Mr. Staton's remaining claims are stayed pending the outcome of that arbitration.

**IT IS SO ORDERED.**

Dated: _____

                                        HON. JUDGE EDWARD J. DAVILA
                                        UNITED STATES DISTRICT COURT JUDGE

Firmwide:143977629.2 066902.1112