| | |
|---|---|
| 1 | JENNIE LEE ANDERSON (SBN 203586) |
| | jennie@andrusanderson.com |
| 2 | ANDRUS ANDERSON LLP |
| | 155 Montgomery Street |
| 3 | Suite 900 |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415.986.1400 |
| | Facsimile: 415.986.1474 |
| 5 | |
| | *Attorneys for Plaintiffs and the Proposed Classes* |
| 6 | |
| | LISA A. SCHRETER, admitted *pro hac vice* |
| 7 | lschreter@littler.com |
| | RICHARD W. BLACK, admitted *pro hac vice* |
| 8 | rblack@littler.com |
| | LITTLER MENDELSON, P.C. |
| 9 | 3344 Peachtree Road NE |
| | Suite 1500 |
| 10 | Atlanta, GA 30326 |
| | Telephone: 404.233.0330 |
| 11 | Facsimile: 404.233.2361 |
| 12 | *Attorneys for Defendants* |

**(COUNSEL CONTINUED ON NEXT PAGE)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA J. FORSYTH, SIDNEY L. STATON III, ARUN VATTURI, DAN WEILAND, KAKEN BECKS, ED KAPLAN, ALBERT DEVERE, AND SHAFIQ RAHMAN, for an on behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC. and HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendants. | CASE NO. 5:16-CV-04775-EJD-NC<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES IN CURRENT CASE MANAGEMENT ORDER**<br><br>[N.D. Cal. LR 6-1]<br><br>Complaint Filed: August 18, 2016<br>Trial Date: Not Set |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Case No. 5:16-CV-04775-EJD-NC

Stipulated Request for an Order Extending Certain Deadlines in Current Case Management Order

DOUGLAS P. DEHLER, admitted *pro hac vice*
doug.dehler@wilaw.com
PAUL W. ZIMMER, admitted *pro hac vice*
paul.zimmer@wilaw.com
O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.
111 East Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 276-5000
Fax: (414) 276-6581

*Attorneys for Plaintiffs and the Proposed Classes*

BENJAMIN A. EMMERT, Bar No. 212157
bemmert@littler.com
LITTLER MENDELSON, P.C.
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686

*Attorneys for Defendants*

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.

Case No. 5:16-CV-04775-EJD-NC

Stipulated Request for an Order Extending Certain Deadlines in Current Case Management Order

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

# STIPULATED REQUEST

Pursuant to Civil Local Rule 6-2, Plaintiffs Donna J. Forsyth, Sidney L. Staton III, Arun Vatturi, Dan Weiland, Karen Becks, Ed Kaplan, Albert Devere, and Shafiq Rahman (hereafter collectively "Plaintiffs") and Defendants HP Inc. and Hewlett Packard Enterprise Company (hereafter collectively "Defendants") (Plaintiffs and Defendants are hereafter referred to as the "Parties"), hereby jointly submit a stipulated request for an order of the Court extending certain deadlines contained in the Court's June 19, 2017 Case Management Order. This stipulated request is supported by the accompanying Declaration of Richard W. Black.

In support of this stipulation, the Parties agree and stipulate as follows:

1. Plaintiffs initiated the present action against Defendants in the United States District Court for the Northern District of California on August 18, 2016. (See ECF, Doc. No. 1.)

2. Defendants were served with the Summons and original Complaint in this action on August 23, 2016.

3. By stipulation, the Parties agreed to a sixty (60) day extension of time for Defendants to respond to the original Complaint. (See ECF, Doc. No. 14.). Pursuant to the stipulation, Defendants' responded to the original Complaint on November 14, 2016. (See ECF, Doc. Nos. 42-44.)

4. On December 19, 2016, Plaintiffs filed an Amended Complaint. (See ECF, Doc. No. 60.). Defendants' responded to the Amended Complaint on January 30, 2017. (See ECF, Doc. Nos. 74-75.)

5. On June 15, 2017, the Parties submitted a Joint Case Management Statement. (See ECF, Doc. No. 121). On June 19, 2017, the Court issued the current Case Management Order in the case addressing deadlines prior to the filing of Plaintiffs' Motion for Conditional Certification and the briefing and hearing date on that motion. (See ECF, Doc. No. 122) ("Current Case Management Order").

6. In the Court's June 19, 2017, the Court established the following schedule:

//
//

3.  Case No. 5:16-CV-04775-EJD-NC

Stipulated Request for an Order Extending Certain Deadlines in Current Case Management Order

| EVENT | DEADLINE |
|---|---|
| Pre-Conditional Certification Expert Disclosures | September 25, 2017 |
| Pre-Conditional Certification Rebuttal Expert Disclosures | November 6, 2017 |
| Deadline for completion of Pre-Conditional Discovery and Pre-Conditional Expert Discovery | November 27, 2017 |
| Filing of Plaintiffs' Motion for Conditional Certification | January 14, 2018 |
| Filing of Defendants' Opposition to Plaintiffs' Conditional Certification Motion | February 9, 2018 |
| Filing of Plaintiffs' Reply in Support of Motion for Conditional Certification | March 9, 2018 |
| Hearing on Plaintiffs' Motion for Conditional Certification | May 17, 2018 |

7. Both prior to and following the entry of the Current Case Management Order, the parties have engaged in discovery on both sides, and have worked to address and attempt to resolve discovery issues. Despite these efforts, the Parties believe that it is necessary to extend certain of the dates contained in the Current Case Management Order so that the Parties can attempt to complete pre-conditional certification expert disclosures, discovery, and expert discovery prior to the filing of Plaintiffs' Motion for Conditional Certification.

8. The Parties thus, by this stipulated request, respectfully request that the Court enter an order extending each date in the Current Case Management Order (*with the exception of the date for the Hearing on Plaintiffs' Motion for Conditional Certification*) to the dates in the chart below:

| EVENT | DEADLINE |
|---|---|
| Pre-Conditional Certification Expert Disclosures | November 24, 2017 |
| Pre-Conditional Certification Rebuttal Expert Disclosures | January 19, 2018 |
| Deadline for completion of Pre-Conditional Discovery and Pre-Conditional Expert Discovery | February 9, 2018 |
| Filing of Plaintiffs' Motion for Conditional Certification | February 23, 2018 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

| Filing of Defendants' Opposition to Plaintiffs' Conditional Certification Motion | March 27, 2018 |
|---|---|
| Filing of Plaintiffs' Reply in Support of Motion for Conditional Certification | April 24, 2018 |
| Hearing on Plaintiffs' Motion for Conditional Certification | May 17, 2018 |

9. This Stipulation will not alter the date of the hearing on Plaintiffs' Motion for Conditional Certification, which would still be set for May 17, 2018.

10. This is the first extension of the dates set forth in the Current Case Management Order in this matter.

**IT IS SO STIPULATED.**

Dated: September 8, 2017

/s/ *Jennie Lee Anderson*
JENNIE LEE ANDERSON
*Attorneys for Plaintiffs and the proposed classes*

Dated: September 8, 2017

/s/ *Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
*Attorneys for Defendants*

5.

Case No. 5:16-CV-04775-EJD-NC

Stipulated Request for an Order Extending Certain Deadlines in Current Case Management Order

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

## ECF CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

We hereby attest that we have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: September 8, 2017

/s/ *Benjamin A. Emmert*
BENJAMIN A. EMMERT
LITTLER MENDELSON, P.C.
*Attorneys for Defendants*

firmwide:149941023.1 066902.1112

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

6. Case No. 5:16-CV-04775-EJD-NC
Stipulated Request for an Order Extending Certain Deadlines in Current Case Management Order

# [PROPOSED] ORDER APPROVING STIPULATED REQUEST

The Parties in this case seek to extend certain deadlines included in the Court's June 19, 2017 Case Management Order. Based upon the record and the stipulated request of the Parties, and with good cause therefor, it is ordered that the June 19, 2017 Case Management Order shall be amended to reflect the following deadlines:

| EVENT | DEADLINE |
| --- | --- |
| Pre-Conditional Certification Expert Disclosures | November 24, 2017 |
| Pre-Conditional Certification Rebuttal Expert Disclosures | January 19, 2018 |
| Deadline for completion of Pre-Conditional Discovery and Pre-Conditional Expert Discovery | February 9, 2018 |
| Filing of Plaintiffs' Motion for Conditional Certification | February 23, 2018 |
| Filing of Defendants' Opposition to Plaintiffs' Conditional Certification Motion | March 27, 2018 |
| Filing of Plaintiffs' Reply in Support of Motion for Conditional Certification | April 24, 2018 |
| Hearing on Plaintiffs' Motion for Conditional Certification | May 17, 2018 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: September 8, 2017

_____
Hon. Edward J. Davila

Firmwide:149942029.1 066902.1112

LITTLER MENDELSON, P.C.
50 W San Fernando 15th Floor
San Jose, CA 95113 2303
408 998 4150