UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA J. FORSYTH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HP INC., et al.,<br><br>    Defendants. | Case No. 5:16-cv-04775-EJD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 134 |

This Court granted Defendants' motions to compel arbitration on September 20, 2017. Dkt. No. 132. Plaintiffs have moved for leave to file a motion for reconsideration, arguing that certain of the named plaintiffs did not sign "Release Agreements" containing arbitration provisions. Dkt. No. 134.

Plaintiffs' motion is GRANTED. Plaintiffs shall file their motion for reconsideration, not to exceed five pages, by October 24, 2017. Defendants shall file their opposition brief, not to exceed five pages, by October 31, 2017. Plaintiffs may not file a reply brief.

**IT IS SO ORDERED.**

Dated: October 10, 2017

                                          EDWARD J. DAVILA
                                          United States District Judge