# Exhibit A

# HEWLETT-PACKARD AGE DISCRIMINATION LAWSUIT

Home   Attorneys   What Is Age Discrimination?   Contact Us   Call us at 800-572-9464

## Attorneys and Law Firms Representing Laid Off Hewlett-Packard Workers

Dan filed an official Charge with the EEOC and is represented by lawyers from three law firms which are seeking additional claimants:

O'Neil, Cannon, Hollman, DeJong & Laing S.C., based in Milwaukee, Wisconsin

**O'NEIL CANNON HOLLMAN DEJONG & LAING**
Wisconsin's Premier Lawyers & Litigators

Andrus Anderson LLP, based in San Francisco, California

**ANDRUS & ANDERSON LLP**

Jones, Gillaspia & Loyd, LLP, based in Houston, Texas

**JONES | GILLASPIA | LOYD LLP**
ATTORNEYS AT LAW

All three firms are rated AV Preeminent®, the highest rating for legal knowledge and ethics conferred by Martindale-Hubbell®. The Martindale-Hubbell® Peer Review Ratings™ are an objective indicator of a lawyer's high ethical standards and professional ability, generated from evaluations of lawyers by other members of the bar and the judiciary in the United States and Canada. O'Neil, Cannon, Hollman, DeJong & Laing S.C. has also been selected as a Best Law Firm in several areas of its practice by U.S. News & World Report.

Lori E. Andrus and Jennie Lee Anderson are co-lead counsel in this case for their firm. Both have been selected by their peers as Super Lawyers® in California. Super Lawyers® selects attorneys using a patented multiphase selection process. Peer nominations and evaluations are combined with independent research. Each candidate is evaluated on 12 indicators of peer recognition and professional achievement. Selections are made on an annual, state-by-state basis.

Ms. Andrus's practice areas include civil actions, mass torts, personal injury and employment litigation. She has successfully prosecuted class action cases against many of the biggest corporations in the United States in both U.S. State and Federal Court. She has a personal AV Preeminent® rating from Martindale-Hubbell®, as well.

Ms. Anderson has been lead counsel for plaintiffs in numerous high profile class actions. Her practice areas include class actions, mass torts, employment, antitrust and consumer law. Some of her recent verdicts and settlements include Ralston v. Mortgage Investors Group and Countrywide Home Loans, which resulted in more than $100 million settlement on behalf of borrowers alleging

unfair lending practices, and In re Cathode Ray Tube Antitrust Litigation (N.D. Cal.), another complex case in which Ms. Anderson played a prominent role, where class plaintiffs obtained settlements in excess of $576 million.

O'Neil, Cannon, Hollman, DeJong & Laing S.C. is a full-service firm which represents diverse businesses, owners and executives. The firm's practice groups include litigation, business law, banking and creditor's rights, employments law, tax and succession planning and real estate and construction law. The Litigation Group has been involved with some of the largest class action matters in Wisconsin and in several throughout the United States. They represent both defendants (often big corporations which have been sued) as well as plaintiffs, handling an array of class action matters, including cases with claims of antitrust, commerce clause, pension fund, securities and tax refund issues. The firm also handles complex employment litigation, and its attorneys have appeared before the Equal Employment Opportunity Commission (EEOC), the Department of Labor (DOL), the National Labor Relations Board (NLRB) and the Occupational Safety and Health Administration (OSHA).

Lead counsel on this case for O'Neil Cannon is shareholder Douglas P. Dehler, an AV Preeminent®-rated litigator who has been selected by his peers in Wisconsin to appear on the annual Super Lawyers® list in the category of Mass Torts and Class Actions.

Jones, Gillaspia & Loyd, L.L.P. is a Texas-based firm that offers knowledge and first-hand experience in several important areas of the law and is prepared to handle the most comprehensive needs of its clients. Lead counsel for Jones, Gillaspia & Loyd, L.L.P. on this case is Bruse Loyd. Bruse represents individuals, businesses and organizations in Texas and across the country. He has litigated and tried cases to verdict throughout the United States. Bruse's primary practice areas include employment litigation, employment law, fiduciary litigation and whistleblower litigation. Bruse has also represented clients in federal multi-district litigation and class and mass action litigation. Bruse has experience representing clients before the Equal Employment Opportunity Commission and the Texas Workforce Commission. He has successfully represented and opposed some of the largest companies, banks and organizations in America. The Washington, DC based Government Accountability Project has recognized his work on behalf of whistleblowers.

Learn more about O'Neil, Cannon, Hollman, DeJong & Laing at www.wilaw.com, Andrus Anderson LLP at www.andrusanderson.com, and Jones, Gillaspia & Loyd, L.L.P. at jgl-law.com.

Call us at 800-572-9464, or fill out the Contact form on this page, if you are a former HP employee and believe you were discriminated against due to your age.

Hewlett-Packard Age Discrimination Investigation — The use of the names "HP" and "Hewlett-Packard" on this website is not intended to imply any affiliation with Hewlett-Packard Company, Hewlett Packard Enterprise Company, or HP, Inc. (collectively, "HP"). The law firms of O'Neil, Cannon, Hollman, DeJong & Laing S.C., Andrus Anderson LLP, and Jones, Gillaspia & Loyd, L.L.P. (collectively, the "Law Firms"), are independent entities who, on behalf of their clients, are working together to bring a class action lawsuit against HP for alleged age discrimination. The Law Firms are in no way affiliated with, or endorsed by, HP. No court decisions have been made about HP's liability or lack of liability. HP will be represented by counsel and will likely deny our allegations.

# Exhibit B

# HEWLETT-PACKARD AGE DISCRIMINATION LAWSUIT

Home    Attorneys    What Is Age Discrimination?    Contact Us    Call us at 800-572-9464

By the end of 2015, the Hewlett-Packard Company will have shed approximately 55,000 employees in the United States. We believe there is significant evidence that HP engaged in illegal age discrimination during this downsizing period



In 2012, HP initiated a Workforce Reduction Plan, impacting thousands of HP employees across the country.

This website offers workers laid off by HP clear information about what they may be able to do to obtain fair compensation and protect their rights. There are important legal deadlines that must be considered to determine what compensation might be available. If you are over the age of 40 and believe you were terminated or discriminated against by HP based on your age, you must be diligent to meet these deadlines to protect your rights.

> *Call us at 800-572-9464, or fill out the Contact form, if you are a former HP employee and believe you were discriminated against due to your age. »*



Discrimination

### "Man, Everybody Running Around This Place Is Old!"

On June 27, 2012, a senior level HP manager announced at a staff meeting that HP was focusing on "college, college, college." In other words, the company was striving to recruit and hire younger workers. As the manager explained, it seemed like "[HP executives] woke up and said 'man, everybody running around this place is old.'"

In October 2013, when describing her vision for HP to investors, Meg Whitman, the company's CEO, continued to pound this theme, declaring that HP needed to "keep up with this next generation," bring in "early career people," ramp up "early career hiring, or college hiring," and ensure that HP "[had] a whole host of young people."



Managers throughout HP knew about this age-related push when making hiring decisions and carrying out the 2012 Workforce Reduction Plan. In recent months, HP continues to implement its 2012 Workforce Reduction Plan, terminating the employment of thousands of additional workers.

### Waves of Layoffs Disproportionately Affect Employees Over 40

We believe that HP's 2012 Workforce Reduction Plan disproportionately impacted workers aged 40 and above. Former employees of HP are coming forward because they believe the company may have discriminated against them on the basis of age. As part of the administrative process, lawyers representing these former employees are in the process of asking the U.S. Equal Employment Opportunity Commission (EEOC) to investigate.



### One Claimant's Story — did something similar happen to you?

Complainants seek all available remedies, including but not limited to back pay, reinstatement, front pay, liquidated damages, punitive damages and attorneys' fees and costs.

**Dan — Current Age, 63**

In July 2010, Hewlett-Packard hired Dan as a contractor. In February 2012, the company brought him on as a full time employee. Dan's boss admitted to Dan and others that HP was looking to hire a younger workforce and that "college, college, college" was the recruiting focus in 2012.

In September 2014, the company began a "phased retirement program" as part of its overall 2012 Workforce Reduction Plan. On September 9, 2014, Dan received notice that he could participate. Almost immediately, Dan's supervisor encouraged him to consider this early retirement plan.

During a company meeting explaining the "phased retirement program" to HP employees, management told employees that if they participated, they might be allowed to work for another 6 months, 12 months, or 18 months. HP would not commit to a time frame, but Dan came away from the meeting with the impression he would be forced to retire within 6 months if he chose to participate. Dan declined because he wanted to continue working at HP.

Approximately nine months later, Dan's employment was involuntarily terminated by HP. On July 13, 2015, Dan received a termination notice as part of HP's workforce reduction. According to his termination notice, Dan was the oldest employee in his unit by 19 years. Dan's job responsibilities were transferred to a new hire who is less than 30 years old. Before he was terminated, Dan asked to be considered for the same position being offered to the new hire, but was told it was too late. The new hire was already on board.

HP offered Dan a modest severance package if he agreed to sign a Waiver and Release Agreement supposedly waiving many of his legal rights, including the right to bring an age discrimination claim. The documents Dan received were insufficient, however. Under a federal law intended to protect older workers, the severance paperwork should have included a written summary identifying the ages of all people impacted by HP's workforce reduction, but did not.

Dan did not sign the Waiver and Release Agreement. Instead, he chose to work with his attorneys and reported the matter to the EEOC to investigate what appears to be a systematic practice of age discrimination by HP.

### Effect of a Severance Agreement

If you received an Agreement similar to the one Dan received, that asks you to waive your rights to bring a lawsuit against HP, you should consider your decision whether to sign that Agreement very carefully. If you have already signed such an Agreement, you may still be able to bring an age discrimination claim. The attorneys are prepared to evaluate your Agreement to determine whether you may be able to dispute its enforceability, even if you have received severance pay.

Call us at 800-572-9464, or fill out the Contact form. If you are a former HP employee and believe you were discriminated against due to your age. »



Hewlett-Packard Age Discrimination Investigation — The use of the names "HP" and "Hewlett-Packard" on this website is not intended to imply any affiliation with Hewlett-Packard Company, Hewlett Packard Enterprise Company, or HP, Inc. (collectively, "HP"). The law firms of O'Neil, Cannon, Hollman, DeJong & Laing S.C., Andrus Anderson LLP, and Jones, Gillaspia & Loyd, L.L.P. (collectively, the "Law Firms") are independent entities who, on behalf of their clients, are working together to bring a class action lawsuit against HP for alleged age discrimination. The Law Firms are in no way affiliated with, or endorsed by, HP. No court decisions have been made about HP's liability or lack of liability. HP will be represented by counsel and will likely deny our allegations.