JENNIE LEE ANDERSON (SBN 203586)
jennie@andrusanderson.com
LORI E. ANDRUS (SBN 205816)
lori@andrusanderson.com
LELAND H. BELEW (SBN 293096)
leland.belew@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

DOUGLAS P. DEHLER, *pro hac vice*
doug.dehler@wilaw.com
PAUL W. ZIMMER, *pro hac vice*
paul.zimmer@wilaw.com
O'NEIL, CANNON, HOLLMAN,
DEJONG & LAING S.C.
111 East Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Telephone:    (414) 276-5000
Facsimile:    (414) 276-6581

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA J. FORSYTH, SIDNEY L. STATON III, DAN WEILAND, ARUN VATTURI, KEVIN ALVISO, ED KAPLAN, KAREN BECKS, ALBERT DEVERE, AND SHAFIQ RAHMAN, for an on behalf of themselves and other persons similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>HP INC. and HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>*Defendants,* | Case No. 5:16-cv-04775-EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF OPT-IN PLAINTIFF PATRICK SHAW** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Notice of Voluntary Dismissal of Opt-in Plaintiff Patrick Shaw, the claim and consent to join of Opt-In Plaintiff Patrick Shaw (*see* ECF No. 337) is hereby dismissed, without prejudice, and without fees or costs.

**IT IS SO ORDERED.**

Date:  12/27/2019

Honorable Edward J. Davila