UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA J. FORSYTH, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>HP INC., et al.,<br><br>      Defendants. | Case No.  16-cv-04775-EJD<br><br>**ORDER REGARDING OPPOSITION TO MOTION FOR ATTORNEY FEES; DEADLINE TO FILE MOTION FOR FINAL SETTLEMENT APPROVAL** |

On November 3, 2023, the Court issued an Amended Order Granting Preliminary Approval of Class Action and Collective Action Settlement (the "Order").  *See* ECF No. 530.  Pursuant to the Order, Plaintiffs timely filed a Motion for Attorney Fees, Costs, and Service Awards for Named Plaintiffs on December 19, 2023.  *See* ECF No. 534.  Accordingly, any opposition or statement of non-opposition from Defendants was due on January 2, 2024.  *See* Civil L.R. 7-3(a)–(b).  No opposition or statement of non-opposition has been filed on the docket.  The Court hereby ORDERS Defendants to file their opposition, statement of non-opposition, or other position on Plaintiffs' request for attorney fees within seven days of the entry of this order.

Additionally, it has come to the Court's attention that the Order provides that Plaintiffs' deadline to file a motion for final settlement approval lies both 14 days before the March 28, 2024 final fairness hearing, *see* Order 7, as well as 35 days before the final fairness hearing, *see id.* at 9, 10.  The Court hereby clarifies that Plaintiffs' deadline to file a motion seeking final settlement approval is 35 days before the final fairness hearing, *i.e.*, February 22, 2024.

**IT IS SO ORDERED.**

Dated: January 10, 2024

Edward J. Davila
United States District Judge