UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA J. FORSYTH, et al.,<br>  Plaintiffs,<br>v.<br>HP INC., et al.,<br>  Defendants. | Case No.16-cv-04775-EJD<br><br>**JUDGMENT** |

On March 29, 2024, the Court granted Plaintiffs' motion for final approval of the parties' settlement of this putative class action, and granted Plaintiffs' motion for an award of attorneys' fees and costs, and a service award for each named plaintiff. *See* ECF No. 541. Judgment is hereby ENTERED. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 29, 2024

EDWARD J. DAVILA
United States District Judge